RECEIVED

JUL - 5 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

EDWARD ALLEN MOORE,          )
                             )
                Plaintiff,   )
                             )
V.                           )          No. _____
                             )
CITY OF ST. LOUIS; ST. PATRICK CENTER;  )
PETER AND PAUL COMMUNITY SERVICES,      )
INC.; BIDDLE HOUSE OPPORTUNITY CENTER;  )
LYDA KREWSON; BIDDLE HOUSE STAFF        )
PERSON KENEESHA (LAST NAME UNKNOWN);    )
BIDDLE HOUSE STAFF PERSON EMMA (LAST    )
NAME UNKNOWN); BIDDLE HOUSE STAFF       )
STAFF PERSON NUMBER THREE (NAME         )
UNKNOWN); BIDDLE HOUSE STAFF PERSON     )
NUMBER FOUR (NAME UNKNOWN); BIDDLE      )
HOUSE STAFF PERSON NUMBER FIVE (NAME    )
UNKNOWN); AND BIDDLE HOUSE STAFF        )
PERSON NUMBER SIX (NAME UNKNOWN),       )
                             )
                Defendants.  )

*all defendants in their individual and official capacities.*

## ORIGINAL COMPLAINT

COMES NOW Edward Allen Moore, Plaintiff, pursuant to **Title 42 U.S.C. § 1983,** with this original complaint and in support thereof would show as follows:

### I.
### JURISDICTION

1. Jurisdiction is based on **Title 28 U.S.C. §§ 1331 and 1343** inasmuch as (1) this complaint presents a federal question, i.e., whether defendants' conduct violated Plaintiff's right to freedom of speech, First Amendment, United States Constitution; and (2) whether defendants' conduct violated Plaintiff's right to due process of law, Fourteenth Amendment, United States Constitution and thus, whether defendants may be held liable under **Title 42 U.S.C. § 1983**.

1

II.
## VENUE

2. Venue is based on **28 U.S.C. § 1391(b)(1) and (2)** all defendants reside in the St. Louis Metropolitan area and the events described herein occurred in the City of St. Louis.

III.
## PARTIES

**A. Plaintiff**

3. Plaintiff Edward Allen Moore is a resident of the City of St. Louis, ***mailing address only***, 12160 Epernay Court., Maryland Heights, Missouri 63043, telephone number (314) 332-0087, email address edwardallenmoore@gmail.com.

**B. Defendants**

4. Defendant City of St. Louis is a political subdivision of the State of Missouri, 1200 Market Street, St. Louis, Missouri 63103, telephone number (314) 622-4800. Serve: Lyda Krewson, Mayor, City of St. Louis, Missouri 63103, 1200 Market Street, Room 200, St. Louis, Missouri 63013, telephone number (314) 622-3201.

5. Defendant St. Patrick Center is a non-profit organization located at 800 North Tucker Boulevard, St Louis, Missouri 63103, telephone number (314) 802-0700.  Serve: Gregory Vogelweid, 800 North Tucker Boulevard, St. Louis, Missouri 63101, telephone number (314) 802-0700.

6. Defendant Peter and Paul Community Services, Incorporated, is a non-profit organization located at 2612 Wyoming Street, St. Louis, Missouri 63118, telephone number (314) 588-7111.  Serve: Steven T. Campbell, 2612 Wyoming Street, St. Louis Missouri 63118-2402, telephone number (314) 338-8181, email scampbell@ppcsinc.org.

7. Defendant Biddle House Opportunity Center located at 1212 North 13th Street, St. Louis, Missouri 63103, is a facility owned by Defendant City of St. Louis, Missouri, which allegedly serves the needs of the homeless, and is staffed by Defendant St. Patrick Center and supervised by Defendant Peter and Paul Community Services, Inc.  Serve: Lyda Krewson, Mayor,

2

City of St. Louis, Missouri 63013, 1200 Market Street, Room 200, St. Louis, Missouri 63103, telephone number (314) 622-3201.

8. Defendant Biddle House staff person Keneesha (last name unknown) is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

9. Defendant Biddle House staff person Emma (last name unknown) is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

10. Defendant Biddle House staff person Number Three (name unknown), is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

11. Defendant Biddle House staff person Number Four. Defendant Biddle House staff person Number Three (name unknown), is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

12. Defendant Biddle House staff person Number Five (name unknown), is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

13. Defendant Biddle House staff person Number Six (name unknown), is employed at Biddle House, 1212 North 13th Street, St. Louis, Missouri 63106, telephone number (314) 612-1675.

## IV.
## STATEMENT OF FACTS

14. June 7, 2017 Plaintiff went through the intake process at Defendant Biddle House Opportunity Center ("Biddle House"); Keesha Byrd, an employee of Defendant St. Patrick Center assigned as a Defendant Biddle House case worker, conducted the intake, which consisted of asking Plaintiff a standard list of question and advising Plaintiff to replace Plaintiff's lost Missouri identification care, Plaintiff's lost Social Security and Plaintiff's lost birth certificate. Byrd gave Plaintiff a "routing slip", which allegedly allowed Plaintiff to take showers at Biddle House and get clothes washed once each week at Biddle House.

15. Plaintiff instantly became an outspoken critic of Biddle House, leaving critical messages on the websites of Defendant City of St. Louis, Defendant Lyda Krewson, Defendant St. Patrick Center, Defendant Peter and Paul Community Service, Inc., and Defendant Biddle House, and voicing criticisms of Defendant Biddle House, Defendant St. Patrick's Center, Defendant Peter and Paul Community Service, Inc., and Defendant City of St. Louis to the media.

16. June 17, 2017 Plaintiff advised Defendants City of St. Louis, St. Patrick Center, Peter and Paul Community Services, Inc., Biddle House and Lyda Krewson that the Biddle House Staff was beginning to retaliate against Plaintiff for his criticisms, specifically advising said Defendants that said date Plaintiff experienced such retaliation in the form of being denied a shower and being denied laundry service by Biddle House Staff Person Number 3 in retaliation for Plaintiff's criticisms of the Biddle House staff; said Defendants turned a blind eye to said retaliation by the Biddle House staff.

17. After June 17, 2017 Plaintiff experienced retaliation for said criticisms by the Biddle House staff on an almost daily; Defendants Biddle House Staff Persons Numbers 4, 5 and 6 denied Plaintiff showers and laundry services on an ongoing basis.

18. June 29, 2017, at approximately 10:00 a.m., Plaintiff asked Defendant Biddle Houses Staff Person Keneesha (last name unknown) ("Defendant Keneesah") for laundry service; Defendant Keneesha refused said request in retaliation for Plaintiff's criticisms of the Biddle House staff.  Plaintiff immediately proceeded to leave messages on the websites of Defendants Biddle House, City of St. Louis, St. Patrick Center, Peter and Paul Community Services relating said act of retaliation.  At approximately 11:30 a.m. Defendant Keneesha told Plaintiff to put his laundry in the washer; Plaintiff complied.  Plaintiff waited for the return of his clothes – all the clothes Plaintiff owned – until approximately 4:50 p.m. said date, at which time Defendant Biddle House Staff Person Emma (last name unknown) ordered Plaintiff to leave Biddle House without his clothes and without supper in retaliation for Plaintiff's criticisms of Biddle House staff.

19. Plaintiff continues to experience similar acts of retaliation and reasonably believes Plaintiff will continue to experience retaliation for his ongoing criticisms of Biddle House Staff.

4

## V.
## STATEMENT OF CLAIMS

### A. First Claim

20. Defendants, Biddle House, City of St. Louis, St. Patrick Center, Peter and Paul Community Services, Inc., Lyda Krewson, Biddle House Staff Person Keneesha (last name unknown), Biddle House Staff Person Emma (last name unknown), Biddle House Staff Person Number Three (name unknown), Biddle House Staff Person Number Four (name unknown), Biddle House Staff Person Number Five (name unknown) and Biddle House Staff Person Number Six (name unknown), in their official and individual capacities, deprived Plaintiff of his right to freedom of speech in violation of the First Amendment to the United States Constitution by retaliating and/or condoning the retaliation described in the forgoing Statement of Facts.

### B. Second Claim

21. . Defendants, Biddle House, City of St. Louis, St. Patrick Center, Peter and Paul Community Services, Inc., Lyda Krewson, Biddle House Staff Person Keneesha (last name unknown), Biddle House Staff Person Emma (last name unknown), Biddle House Staff Person Number Three (name unknown), Biddle House Staff Person Number Four (name unknown), Biddle House Staff Person Number Five (name unknown) and Biddle House Staff Person Number Six (name unknown), in their official and individual capacities, pursuant to the *de facto* official policy of said Defendants, deprived Plaintiff of property without due process of law in violation of the Fourteenth Amendment to the United States Constitution as described in the foregoing Statement of Facts.

### C. Third Claim

22. Defendants, Biddle House, City of St. Louis, St. Patrick Center, Peter and Paul Community Services, Inc., Lyda Krewson, Biddle House Staff Person Keneesha (last name unknown), Biddle House Staff Person Emma (last name unknown), Biddle House Staff Person Number Three (name unknown), Biddle House Staff Person Number Four (name unknown), Biddle House Staff Person Number Five (name unknown) and Biddle House Staff Person Number Six (name unknown), in their official and individual capacities, pursuant to *de* facto

official policy, deprived Plaintiff of procedural due process of law in violation of the Fourteenth Amendment to the United States Constitution as described in ¶ 18 of the foregoing Statement of Facts.

## VI.
## RELIEF REQUESTED

23. Plaintiff seeks from Defendants, jointly and severally: (1) reasonable compensatory damages; (2) reasonable punitive damages; (3) all costs authorized by Rule or Statute, including but not limited to reasonable attorney fees; (4) a permanent injunction prohibiting all Defendants from retaliating against Plaintiff for criticizing Defendants; (5) a permanent injunction prohibiting all Defendants from denying Plaintiff procedural due process of law; and (6) all other relief to which Plaintiff may be entitled.

Respectfully submitted,

Edward Allen Moore
12160 Epernay Ct.
Maryland Heights, Missouri 63043
(314) 332-0087
edwardallenmoore@gmail.com

I declare under penalty of perjury that the foregoing Statement of Facts  is true and correct.

Edward Allen Moore

6